IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-00766-RBJ

FRANCENE A. MARKHAM,

    Plaintiff,

v.

CMH HOMES, INC., a Tennessee corporation,

    Defendant.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

    This matter has been scheduled for a **three to five day bench trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **March 25, 2013 at 9:00 a.m.**

    A Final Pretrial/Trial Preparation Conference is set for **March 8, 2013 at 1:30 p.m.** Counsel who will try the case shall attend in person.

    During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

    For additional information, please review my practice standards located at www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 30th day of May, 2012.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge